158 A.3d 72

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Rolando Barbon ZURITA, Petitioner**

**No. 985 MAL 2015**

Supreme Court of Pennsylvania.

September 23, 2016

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.